ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Reed International, Inc. | ) ASBCA Nos. 62417, 62418, 62945 |
| | ) |
| Under Contract No. W91B4N-16-C-5008 | ) |

APPEARANCES FOR THE APPELLANT:    Todd M. Garland, Esq.
                                                       Armani Vadiee, Esq.
                                                       Zachary D. Prince, Esq.
                                                         Smith Pachter McWhorter PLC
                                                         Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                                                     Army Chief Trial Attorney
                                                                     LTC Abraham Young, JA
                                                                     Trial Attorney

<u>ORDER OF DISMISSAL</u>

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  May 13, 2022

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62417, 62418, 62945, Appeals of Reed International, Inc., rendered in conformance with the Board's Charter.

Dated:  May 13, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals